MARVIN BRODIE, M.D. v. STATE BOARD OF MEDICAL
EXAMINERS OF THE STATE OF NEW JERSEY.

June 3, 1981.

Petition for certification denied.   (See 177  *N.J.Super.*  523)

STATE OF NEW JERSEY v. ANTOINIOS KARANATSIOS.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. SUSAN BROUNSTEIN.

June 3, 1981.

Petition for certification denied.

WILLIAM TEXTER, BERTHA & WILLIAM MCNINNEY, MARY
BOYD, LENA CICCONE v. DEPARTMENT OF
HUMAN SERVICES.

June 3, 1981.

Cross-petition for certification granted.   (See 178 *N.J.Super.*
104)